**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks  Date: July 28, 2014
Court Reporter: Kara Spitler  Time: 45 minutes
Probation Officer: Gary Kruck  Interpreter: Cathy Bahr

**CASE NO. 13-CR-00046-PAB-6**

Parties                                                                 Counsel

**UNITED STATES OF AMERICA,**                         Zachary Phillips

      Plaintiff,

vs.

**6. JOSE ERNESTO HERNANDEZ-**                     Scott Poland
   **GONZALEZ,**

      Defendant.

**SENTENCING**

**1:35 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and in custody.

Interpreter sworn with no challenges to her qualifications.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Mr. Poland in support of the defendant's Motion for Departure Pursuant to U.S.S.G. § 5H1.1.  Questions by the Court.

Page Two
13-CR-00046-PAB-6
July 28, 2014

Argument by Mr. Phillips.

Interpreter Cathy Bahr reads letter submitted by the defendant's wife.

Court states its findings and conclusions.

**ORDERED:**   Motion for Departure Pursuant to U.S.S.G. § 5H1.1. [Docket No. 374], is **DENIED**.

Argument by Mr. Phillips in support of the Government's Motion for a Sentence Reduction Pursuant to Title 18, United States Code, Section 3553(e) and Section 5K1.1 of the Sentencing Guidelines.

Comments by Mr. Poland.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for a Sentence Reduction Pursuant to Title 18, United States Code, Section 3553(e) and Section 5K1.1 of the Sentencing Guidelines [Docket No. 362], is **GRANTED**.

Argument by Mr. Poland in support of the defendant's Motion for Variance and comments addressing sentencing.

Comments by Mr. Phillips.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant's Motion for Variance [Docket No. 375], is **DENIED**.

Defendant entered his plea on **March 6, 2014** to count **One of the Indictment.**

**ORDERED:**   Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

Page Three
13-CR-00046-PAB-6
July 28, 2014

**ORDERED:** Defendant shall be **imprisoned** for **73** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the defendant will likely be deported.

**ORDERED: Special Condition** of Supervised Release that:
- ( ) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) If defendant is deported, he shall not re-enter the United States illegally. If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of he return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED: No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [Docket No. 361], is **GRANTED.**

Page Four
13-CR-00046-PAB-6
July 28, 2014

**ORDERED:** Government's Motion to Dismiss Counts Fifteen and Seventeen of the Indictment [Docket No. 360] as to this defendant, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within **14** days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**2:20 p.m.     COURT IN RECESS**

**Total in court time:     45 minutes**

**Hearing concluded**