IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00046-PAB-6

UNITED STATES OF AMERICA.

    Plaintiff,

v.

6. JOSE ERNESTO HERNANDEZ-GONZALEZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 360]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 360] is granted. Counts 15 and 17 of the Indictment are dismissed as to defendant Jose Ernesto Hernandez-Gonzalez only.

    DATED July 28, 2014.

                            BY THE COURT:

                            PHILIP A. BRIMMER
                            United States District Judge